**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISH DAVERSA-EVDYRIADIS, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> NORWEGIAN AIR SHUTTLE ASA, <br><br> Defendant. | Case No. 5:20-cv-00767-JGB-SP <br><br> **FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff Cherish Daversa-Evdyriadis ("Plaintiff"), individually and on behalf of all others similarly situated, alleges the following upon the investigation of her counsel and upon information and belief, except as to Plaintiff's allegations regarding her own actions which are based on personal knowledge.

## NATURE OF THE ACTION AND FACTS COMMON TO ALL CLAIMS

1. This is a class action lawsuit regarding Defendant Norwegian Air Shuttle ASA's ("Norwegian") failure to provide full refunds to customers whose flights were cancelled as a result of the coronavirus, or COVID-19.

2. Given the outbreak of the coronavirus, Norwegian has cancelled a vast percentage of their international and United States flights.  However, Norwegian has, to date, refused to issue refunds for flights that Norwegian cancelled.

3. The United States Department of Transportation ("DOT") has "issued an Enforcement Notice clarifying, in the context of the 2019 Novel Coronavirus (COVID-19) public health emergency, that U.S. and foreign airlines **remain obligated to provide a prompt refund to passengers** for flights to, within, or from the United States when the carrier cancels the passenger's scheduled flight or makes a significant schedule change and the passenger chooses not to accept the alternative offered by the carrier.  The obligation of airlines to provide refunds, including the ticket price and any optional fee charged for services a passenger is unable to use, does not cease when the flight disruptions are outside of the carrier's control (e.g., a result of government restrictions)."[1]  Indeed, the DOT's Enforcement Notice makes perfectly clear that offering "vouchers or credits for future travel" is not an adequate

---

[1] DEP'T OF TRANSP., U.S DEPARTMENT OF TRANSPORTATION ISSUES ENFORCEMENT NOTICE CLARIFYING AIR CARRIER REFUND REQUIREMENTS, GIVEN THE IMPACT OF COVID-19 (Apr. 3, 2020), https://www.transportation.gov/briefing-room/us-department-transportation-issues-enforcement-notice-clarifying-air-carrier-refund (last accessed May 28, 2020) (hereinafter "DOT NOTICE") (emphasis added).

or appropriate substitute for airlines' obligations to offer refunds for cancelled flights.[2]

        4.      On May 12, 2020, the DOT issued a Second Enforcement Notice, which stated the following:

- The DOT reiterated that "airlines have an obligation to provide a refund to a ticketed passenger when the carrier cancels or significantly changes the passenger's flight, and the passenger chooses not to accept an alternative offered by the carrier."[3]

- Online travel agencies are required to provide a "prompt refund" when "(i) an airline cancels or significantly changes a flight, (ii) an airline acknowledges that a consumer is entitled to a refund, and (iii) passenger funds are possessed by a ticket agent."[4]

- "The refund policy in place at the time the passenger purchased the ticket is the policy that is applicable to that ticket."[5]

- "Airlines and ticket agents can offer consumers alternatives to a refund, such as credits or vouchers, **<u>so long as the option of a refund is also offered and clearly disclosed</u>** if the passenger is entitled to a refund."[6]

---

[2] *See id.*

[3] DEP'T OF TRANSP., FREQUENTLY ASKED QUESTIONS REGARDING AIRLINE TICKET REFUNDS GIVEN THE UNPRECEDENTED IMPACT OF THE COVID-19 PUBLIC HEALTH EMERGENCY ON AIR TRAVEL 1 (May 12, 2020), https://www.transportation.gov/sites/dot.gov/files/2020-05/Refunds-%20Second%20Enforcement%20Notice%20FINAL%20%28May%2012%202020%29.pdf (last accessed May 28, 2020) (hereinafter "DOT SECOND NOTICE").

[4] *Id.* at 2.

[5] *Id.*

[6] *Id.* at 3 (emphasis added).

- "For airlines, 'prompt' is defined as being **within 7 business days** if a passenger paid by credit card, and **within 20 days** if a passenger paid by cash or check."[7]

5. Norwegian is the largest airline in Scandinavia and focuses heavily on travel between the United States and Europe.  Norwegian was the largest foreign airline to serve New York City in 2019, carrying over two million passengers.[8] Norwegian's business was disrupted as a result of the recent travel ban between the United States and Europe.[9]

6. Defendant Norwegian announced in March 2020 that it would cancel 85% of its flights.[10]

7. Plaintiff, like many other travelers, was scheduled to fly with Norwegian.

8. Plaintiff purchased her flights through Kiwi.com

9. Plaintiff's flight was cancelled by Norwegian due to the coronavirus travel ban.

//

//

//

---

[7] *Id.* (emphasis added).

[8] Michael Goldstein, *Norwegian Airlines Cuts 4000 Flights Due to Coronavirus, European Travel Ban*, FORBES, Mar. 12, 2020, https://www.forbes.com/sites/michaelgoldstein/2020/03/12/norwegian-airlines-cuts-4000-flights-due-to-coronavirus-european-travel-ban/#726bda70305d (last accessed May 28, 2020).

[9] *Id.*

[10] Terje Solsvik, *Norwegian Air to Cancel 85% of Flights and Lay Off 90% of Staff*, REUTERS, https://www.reuters.com/article/us-health-coronavirus-norwegianair/norwegian-air-to-cancel-85-of-flights-and-lay-off-90-of-staff-idUSKBN2132F7 (last accessed May 28, 2020).

FIRST AMENDED CLASS ACTION COMPLAINT                                           3
CASE NO. 5:20-CV-00767-JGB-SP

10.     Norwegian claims that passengers affected by Coronavirus cancellations "can request a refund of your unused ticket, or choose CashPoints and get an extra 20% that can be used for your next trip."[11]

11.     Norwegian likewise represents in its General Conditions of Carriage, attached as **Exhibit A**, that "If we do not succeed in carrying you, we will refund the Ticket pursuant to this Article," and "If we cancel a flight, the sum to be refunded will be . . . if no part of the Ticket has been used, a sum equivalent to the total Fare, including specific charges for Optional Services such as Baggage and seat reservation for which you have paid in addition to the Fair."[12]

12.     Plaintiff has requested a refund from Norwegian, which was not processed until after Plaintiff filed the initial Complaint on April 13, 2020.

13.     Norwegian's acts are in violation of the DOT's Enforcement Notice, which requires airlines to provide "a prompt refund to passengers . . . when their carrier cancels the passenger's scheduled flight."[13]  The DOT Enforcement Notice applies to "U.S. and foreign airlines."[14]

14.     As of right now, Norwegian feigns that refunds are available to customers, when it in fact is only offering customers an opportunity to get *credit* for a future flight – *not refunds*.[15]  For instance, Norwegian has a section of its website dedicated to answering customers' questions (in question and answer format) regarding its policy with respect to cancelled flights due to COVID-19.  One of the

---

[11] COVID-19 UPDATES, NORWEGIAN, https://www.norwegian.com/us/flight-status/updates/ (last accessed May 28, 2020).

[12] NORWEGIAN GENERAL CONDITIONS OF CARRIAGE §§ 12.1.1, 12.3(a), https://www.norwegian.com/us/booking/booking-information/legal/general-conditions-of-carriage/ (last accessed June 11, 2020).

[13] DOT NOTICE

[14] *Id.*

[15] COVID-19 UPDATES, NORWEGIAN, https://www.norwegian.com/us/flight-status/updates/ (last accessed May 28, 2020).

"questions" states: **Can I claim a refund or CashPoints if my flight is cancelled?** The "answer" states, "If we have cancelled your flights and you don't want to travel, you can request a refund of your unused ticket, or choose CashPoints and get an extra 20% that can be used for your next trip." Just below this answer, Norwegian provides a prominent link allowing customers to get travel credit. Further down, in small print, Norwegian states that customers wanting a refund have to submit a claim – even though, as discussed herein, Norwegian is not currently providing refunds.

**Can I claim a refund or CashPoints if my flight is cancelled?**                                              ↑

If we have cancelled your flight and you don't want to travel, you can request a refund of your unused ticket, or choose CashPoints and get an extra 20% that can be used for your next trip.

**Get travel credit in CashPoints +20% extra**

We're sorry things didn't go to plan this time, and we'd love to welcome you back on board again. That's why we're offering the option for you to convert your ticket to travel credit in CashPoints, with an extra 20% on top of the value of your ticket. CashPoints is Norwegian's digital currency and is just like cash.

Plan your next trip to any of our hundreds of destinations, with no blackout dates or minimum spend. **Conditions apply, find out more >**

**Claim CashPoints +20% extra**

Due to the high number of requests we are dealing with, unfortunately your claim will take longer than normal to process. We thank you for your patience.

- If you made your booking through a **travel agency or third-party provider/website**, please contact them directly to cancel your booking and claim a refund.
- If you purchased a Flex or PremiumFlex ticket, or you simply want to claim a refund, **you can cancel your booking and submit a claim.**

15.     Further, if customers do not select the CashPoints option to get travel credit, Norwegian does not refund affected customers the price of their ticket even where Norwegian cancelled the flight. Norwegian's default option, should a customer not reach out to Norwegian at all regarding a flight that Norwegian cancelled, is to pocket the price of the ticket and provide neither travel credits nor refunds.

16.     Just below the above question and answer, the next section is titled: **Options if you don't want to travel**.  This section purports to inform customers who *do not want to travel* on Norwegian in the future and, accordingly, do not want travel credits.  The first question in this section states: **Can I claim a refund or CashPoints if I cancel my booking?**  The "answer" states: "In light of the travel restrictions due to COVID-19, we are we're [SIC] offering to convert your ticket to CashPoints if you choose to cancel you booking."  Just below this answer, Norwegian provides a prominent link for customers to opt to obtain travel credits ("CashPoints").  Norwegian is not, however, currently providing actual refunds – only travel credits in the form of CashPoints.

17.     Reports show that, due to financial strains, Norwegian is incapable of meeting its obligation to provide its customers refunds even for flights that Norwegian cancelled.  While Norwegian is reportedly Europe's third-largest budget airline carrier, it does not keep a sufficient amount of cash on hand to provide customers refunds for cancelled flights, as Norwegian's total liability for required refunds may be almost double the amount of money Norwegian has on hand.[16]

18.     Norwegian's consumers have excoriated Norwegian's refusal or failure to provide its customers refunds.  For instance, like Plaintiff, consumers on the website tripadvisor.com[17] have stated:

//

//

//

---

[16] *See* Emily Derrick, *These European Airlines Have the Most Cash to Refund Tickets*, SIMPLE FLYING, Apr. 7, 2020, https://simpleflying.com/eu-airline-ticket-refunds/ (last accessed May 28, 2020).

[17] NORWEGIAN REVIEWS, TRIPADVISOR, https://www.tripadvisor.com/Airline_Review-d8729125-Reviews-Norwegian (last accessed June 11, 2020).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## May 2020 Review:

**Terry L** wrote a review May 2020
📍 Emeryville, California, United States • 6 contributions • 5 helpful votes

●○○○○    | London - San Francisco | International | Economy |

**absolute scam of an airline**

they canceled the flight. no email send out. only found out with a routine check. they have the worst customer service. they say 2 months to get a refund. Stay away! they are just stealing peoples money!

Read more ▾

## May 11, 2020 Review:

**Jerome L** wrote a review May 11
1 contribution

●○○○○    | New York City - Paris | International | Economy |

**Horrible refund procedures!!!**

I had scheduled flights for 6 people to Paris in May, Norwegian cancelled my flight on April 8th due to the virus outbreak. I understood that it was out of their control, but what I can't understand is why it's been 5 weeks now and they still haven't given me my money back. I followed all the refund procedures and even called, but they can't give any info of when i will be reimbursed. I had another flight that was on Spirit Airlines that was cancelled after this flight and they refunded me in under 48 hours. Horrible customer service!!!

Read less ▴

## May 4, 2020 Review:

**Lauren C** wrote a review May 4
1 contribution • 4 helpful votes

●○○○○    | Denver - Rome | International | Economy |

**Poor refund policy and customer service during COVID**

I requested a refund for my cancelled flight the day it was cancelled (on March 16th) and they still have not processed it nor give me any information on when it might be processed. British Airways refunded my flight the day that I contacted them. It's been 6 weeks and Norwegian representatives continue to not give any information regarding refunds. Very poor customer service and will not fly this airline in the future.

Read less ▴

//

//

//

//

//

FIRST AMENDED CLASS ACTION COMPLAINT                                           7
Case No. 5:20-cv-00767-JGB-SP

1

### April 2020 Review:



19.    Plaintiff brings this action on behalf of herself and the Class for equitable relief and to recover damages and restitution for:  (i) breach of contract.

**PARTIES**

20.   Plaintiff Cherish Daversa-Evdyriadis is a citizen of the State of California and resides in Rialto, California.  On November 15, 2019, Ms. Daversa-Evdyriadis purchased a ticket from Norwegian for a March 19, 2020 flight from Los Angeles, California to Paris, France.  Ms. Daversa-Evdyriadis paid approximately $590.00 for this flight.  However, the flight was cancelled by Norwegian due to the coronavirus, COVID-19.  On March 13, 2020, Ms. Daversa-Evdyriadis called Norwegian to request a refund for her departing flight.  After not hearing a response for several days, Ms. Daversa-Evdyriadis filled out a request for a refund on Norwegian's website a week later.  On April 13, 2020, Ms. Daversa-Evdyriadis filed a Class Action Complaint against Norwegian.  On April 16, 2020, after the Class Action Complaint was filed, Norwegian issued a refund to Ms. Daversa-Evdyriadis.  However, the refund came approximately a month after Ms. Daversa-Evdyriadis' flight was cancelled, which is in violation of DOT policy that requires a refund to customers' credit cards seven after a flight cancellation.

21.   Defendant Norwegian Air Shuttle ASA is a foreign entity domiciled in the European Union with a principle place of business at Oksenoyveien 10A, Fornebu, Norway N-1330.  Defendant Norwegian conducts substantial business throughout the United States, and specifically in the state of California.

**JURISDICTION AND VENUE**

22.   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2)(A), as modified by the Class Action Fairness Act of 2005, because at least one member of the Class, as defined below, is a citizen of a different state than Defendant, there are more than 100 members of the Class, and the aggregate amount in controversy exceeds $5,000,000 exclusive of interest and costs.

23.   This Court has personal jurisdiction over this action because Defendant availed herself of the privilege of doing business in this District such that it was

reasonably foreseeable for Defendant to face litigation in this District, and Plaintiff's claims arose out of Defendant's contacts with this District.

24.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendant, as foreign may be sued in any judicial district.

## CLASS ACTION ALLEGATIONS

25.    Plaintiff brings this action pursuant to Federal Rule of Civil Procedure 23, on behalf of the following Class:

> All persons in the United States who purchased tickets for travel on a Norwegian flight scheduled to operate to, from, or within the United States whose flights were cancelled or were subject to a significant schedule change and not refunded.

26.    Plaintiff also seeks to represent a subclass of all Class members who purchased tickets in California (the "Subclass").

27.    Collectively, Class and the Subclass shall be referred to as the "Classes."

28.    Subject to additional information obtained through further investigation and discovery, the foregoing definition of the Classes may be expanded or narrowed by amendment to the complaint or narrowed at class certification.

29.    Specifically excluded from the Classes are Defendant, Defendant's officers, directors, agents, trustees, parents, children, corporations, trusts, representatives, employees, principals, servants, partners, joint ventures, or entities controlled by Defendant, and their heirs, successors, assigns, or other persons or entities related to or affiliated with Defendant and/or Defendant's officers and/or directors, the judge assigned to this action, and any member of the judge's immediate family.

30.    **Numerosity.**  The members of the proposed Classes are geographically dispersed throughout the United States and are so numerous that individual joinder is

impracticable.  Upon information and belief, Plaintiff reasonably estimates that there are hundreds of thousands of individuals that are members of the proposed Classes. Although the precise number of proposed members is unknown to Plaintiff, the true number of members of the Classes is known by Defendant.  Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendant and third-party retailers and vendors.

31.   **Typicality.**  The claims of the representative Plaintiff are typical of the claims of the Classes in that the representative Plaintiff, like all members of the Classes, paid for a Norwegian flight that was cancelled, and did not receive a refund for the cancelled flight or for any consequential damages and cancelations caused by the original cancelled flight.  The representative Plaintiff, like all members of the Classes, have been damaged by Defendant's misconduct in the very same way as the members of the Classes.  Further, the factual bases of Defendant's misconduct are common to all members of the Classes and represent a common thread of misconduct resulting in injury to all members of the Classes.

32.   **Existence and predominance of common questions of law and fact.** Common questions of law and fact exist as to all members of the Classes and predominate over any questions affecting only individual members of the Classes. These common legal and factual questions include, but are not limited to, the following:

   (a)   Whether Defendant failed to refund purchasers of cancelled flights and the consequential damages caused thereby;

   (b)   Whether Defendant are liable to Plaintiff and the Classes for unjust enrichment;

   (c)   Whether Defendant unlawfully converted money from Plaintiff and members of the Classes; and

   (d)   Whether Plaintiff and the Classes are entitled to damages, restitution, equitable, injunctive, compulsory, or other relief.

33.    **Adequacy of Representation.**  Plaintiff will fairly and adequately protect the interests of the Classes.  Plaintiff has retained counsel who are highly experienced in complex consumer class action litigation, and Plaintiff intends to vigorously prosecute this action on behalf of the Classes.  Plaintiff has no interests that are antagonistic to those of the Classes.

34.    **Superiority.**  A class action is superior to all other available means for the fair and efficient adjudication of this controversy.  The damages or other financial detriment suffered by members of the Classes is relatively small compared to the burden and expense of individual litigation of their claims against Defendant. It would, thus, be virtually impossible for members of the Classes, on an individual basis, to obtain effective redress for the wrongs committed against them. Furthermore, even if members of the Classes could afford such individualized litigation, the court system could not.  Individualized litigation would create the danger of inconsistent or contradictory judgments arising from the same set of facts. Individualized litigation would also increase the delay and expense to all parties and the court system from the issues raised by this action.  By contrast, the class action device provides the benefits of adjudication of these issues in a single proceeding, economies of scale, and comprehensive supervision by a single court, and presents no unusual management difficulties under the circumstances.

35.    In the alternative, the Classes may also be certified because:

    (a)    the prosecution of separate actions by individual members of the Classes would create a risk of inconsistent or varying adjudication with respect to individual members of the Classes that would establish incompatible standards of conduct for the Defendant;

    (b)    the prosecution of separate actions by individual members of the Classes would create a risk of adjudications with respect to them that would, as a practical matter, be dispositive of the interests of other members of the Classes not parties to the adjudications,

or substantially impair or impede their ability to protect their interests; and/or

(c)   Defendant have acted or refused to act on grounds generally applicable to the Classes as a whole, thereby making appropriate final declaratory and/or injunctive relief with respect to the members of the Classes as a whole.

## CAUSES OF ACTION

### COUNT I
### Breach of Contract

36.   Plaintiff incorporates and realleges each preceding paragraph as though fully set forth herein.

37.   Plaintiff brings this claim on behalf of herself and members of the Classes.

38.   Defendant entered into contracts with Plaintiff and members of the Classes to provide services in the form of flights in exchange for a set amount of money.

39.   Plaintiff and members of the Classes performed by paying the airline ticket fees for the flights before they were cancelled.

40.   Defendant has breached these contracts by retaining the airline ticket fees of Plaintiff and members of the Classes while not providing flight services.

41.   Plaintiff and members of the Classes have suffered an injury through the payment of money for tickets while not receiving services in return.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests, individually and on behalf of the alleged Classes, that the Court enter judgment in their favor and against Defendant as follows:

(a)   An Order certifying the proposed Classes and appointing Plaintiff and their Counsel to represent the Classes;

(b)    An Order requiring Defendant to immediately issue refunds to Plaintiff and members of the Classes for the cost of cancelled tickets, any cancellation fees, and consequential damages resulting therefrom;

(c)    An Order of disgorgement of wrongfully obtained profits;

(d)    An award of compensatory damages in an amount to be determined;

(e)    An award of reasonable attorneys' fees costs and litigation expenses, as allowable by law;

(f)    Interest on all amounts awarded, as allowed by law; and

(g)    Such other and further relief as this Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of any and all issues in this action so triable as of right.

Dated: June 11, 2020          Respectfully Submitted,

**BURSOR & FISHER, P.A.**

By: *  /s/ Yeremey Krivoshey*
          Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

**EXHIBIT A**

Menu                                                    Sign in    

COVID-19 latest updates – important information about bookings and cancelled flights

**Legal**

# General Conditions of Carriage

## Article 1: Definitions

### Agreed Stopping Places

Those places, except the place of departure and the final destination, specified on your Ticket or in our timetables as stopping places on your Itinerary.

### Airline Designator Code

The two or three characters or letters used to identify an airline and its flight. For example, Norwegian Air Shuttle ASA 's airline designator code is (DY); Norwegian Air International (D8); Norwegian Air UK Ltd (DI).

### Authorised Agent

A sales agent authorised by us to sell our services.

### Baggage

Personal belongings including assistive devices that the passenger brings with them on their journey. Unless expressly stated to the contrary, this includes both Checked Baggage and Hand Baggage.

### Baggage Check

That part of the Baggage Identification Tag that you are given as your receipt for Checked Baggage.

### Baggage Identification Tag

The document issued by the Carrier solely to identify Checked Baggage.

### Booking

General Conditions of Carriage | Norwegian

A Booking request made by you or on your behalf, and accepted by us for travel on our flights.

## Booking Reference

The unique code comprising of six characters (letter and numeric), provided by us and used to identify your confirmed Booking.

## Carrier Imposed Surcharges

Surcharges and fees imposed by the carrier, such as fuel surcharge.

## Checked Baggage

All Baggage for which we have taken responsibility for, and for which, in that connection, we have issued a Baggage Check.

## Connecting Flight

Two or more flight sectors that make up a one way journey sold by us as one Booking.

## Contact Centre

Our booking and customer service call centre. Phone numbers for the Contact Centre are published on our Website.

## Conventions

We comply with all applicable laws, verdicts, conventions and regulations.

## Damage

Includes death, personal injury, loss, partial loss, theft or other damage arising out of, or in connection with, air carriage.

## Days

Calendar days. Includes all seven (7) days of the week. For the purposes of changes or notification, the day on which the change or notice was received/sent will not be counted. For the purposes of deciding whether a Ticket is valid, the day on which the Ticket was issued or the flight commenced will not be counted.

## Electronic Coupon

An electronic flight coupon for an Electronic Ticket held in our computer database, which displays the places of departure and destination between which you are entitled to be carried.

General Conditions of Carriage | Norwegian

### Electronic Ticket

A ticket issued electronically comprising of Electronic Coupons.

### Fare

The applicable price we have set for a Booking.

### Fare Rules

The additional conditions which dictate the flexibility and services for transport relating to the Booking.

### Force Majeure

An unusual and unforeseen event beyond our control, the consequences of which could not have been avoided even if all reasonable due care and attention had been exercised.

### General Conditions of Carriage

These General Conditions of Carriage.

### Hand Baggage

All Baggage and personal items, or other articles (not included in Checked Baggage) accompanying you on your flight.

### Itinerary

A document or documents issued to you by us or our Authorised Agents, detailing your flight with us.

### Optional Services

Other services, such as Checked Baggage, that is not included in the Fare applicable to the Fare Rules of the Booking.

### Rules

All rules and declarations, with the exception of these General Conditions of Carriage, that we have laid down and applicable on the day the Booking was confirmed and applicable to the carriage of you and your Baggage, including the applicable Fares on that day.

### SDR

Special Drawing Right as defined by the International Monetary Fund.



### Tariff

The published Fares and/or conditions of carriage of a carrier which has filed such a "tariff", where required, with the appropriate authorities.

### Ticket

A valid document which entitles you to travel on our flights, being either an Electronic Ticket or another document issued by us or on our behalf after the Booking is confirmed and before boarding, including a Baggage Check.

### Voluntary Disembarkations

A disembarkation during your journey, requested by you, at a stopping place between the place of departure and the final destination, accepted by us in advance.

### you, your, the passenger, the customer

Any person and any infant travelling with you, with the exception of crew members, who is carried or is to be carried on an aircraft pursuant to a Ticket.

### we, us, our, the Carrier, Norwegian

The carrier with whom the passenger has concluded a contract of carriage, as specified in the Ticket/Travel Document and defined as the Carrier or Contracting carrier in these Conditions of Carriage.

### Operating Carrier or Actual Carrier

The carrier actually performing the Flight. If the Operating Carrier/Actual Carrier for any reason is different from the Carrier/Contracting Carrier, then we will notify you at the earliest convenience. Such carriage will still be governed by these Conditions of Carriage.

### "Carrier" or "Contracting Carrier"

The carrier with which the Passenger has concluded a Contract of Carriage, identified by the Airline Designator Code appearing on the Ticket/Travel document in conjunction with the Flight number and/or directly identified as the "Carrier" in the Ticket/Travel Document, either:

(a) Norwegian Air UK Limited, Airline Designator Code "DI";

(b) Norwegian Air International Limited, Airline Designator Code "D8";

(c) Norwegian Air Shuttle ASA, Airline Designator Code "DY";

(d) Norwegian Air Norway AS, Airline Designator Code "DH";

(e) Norwegian Air Sweden AB, Airline Designator Code "LE";

The name and address of the Carriers may be abbreviated (either by reference to the relevant Airline Designator Code or otherwise) on any of Our documents of carriage or on the website.

The details of the Carriers registered offices are as follows:

**(a) Norwegian Air UK Limited**
First Point, Buckingham Gate,
Gatwick Airport, RH6 0NT, ENGLAND

**(b) Norwegian Air International Limited**
Imbus House, Dublin Airport
Co. Dublin, IRELAND

**(c) Norwegian Air Shuttle ASA**
Oksenøyveien 3,
1366 Lysaker, NORWAY

**(d) Norwegian Air Norway AS**
Oksenøyveien 3,
1366 Lysaker, NORWAY

**(e) Norwegian Air Sweden AB**
Box 242
19047 Stockholm – Arlanda, SWEDEN

## Website

www.norwegian.com, www.norwegian.no, www.norwegian.com/se, www.norwegian.com/dk,
www.norwegian.es, www.norwegian.com/uk, www.norwegian.fi, www.norwegian.com/fr,
www.norwegian.com/it, www.norwegian.com/nl, www.norwegian.com/de,
www.norwegian.com/pl, www.norwegian.com/en, www.norwegian.com/ie,
www.norwegian.com/us, www.norwegian.com/ar, www.norwegian.com/sg,
www.norwegian.com/br

# Article 2: Applicability

## 2.1 General

**2.1.1** These General Conditions of Carriage are our conditions of carriage to which reference is made on our Tickets, electronic booking documentation or Website. Except where clauses 2.3 and 2.4 say otherwise, they will apply to all carriage of you and your Baggage performed by us, and to other services provided by us, whether paid for or otherwise. The General Conditions of Carriage supplement our Rules stated on the Ticket, electronic booking documentation or our Website.

**2.1.2** The General Conditions of Carriage will also apply to complementary or reduced Fare carriage unless specified otherwise in these conditions, Booking, Ticket, or the electronic booking documentation for the carriage.

## 2.2 Charter

If the carriage is provided as a consequence of a contract concluded with a charter company, these General Conditions of Carriage will apply only insofar as they do not conflict with the conditions specified in the contract with the chartering company.

## 2.3 Mandatory statutory provisions

We are subject to national and international Conventions and regulations when transporting our customers. Our General Conditions of Carriage will apply insofar as they do not conflict with applicable Tariffs or Conventions. In those cases where an inconsistency exists between our General Conditions of Carriage and applicable Tariffs and Conventions, the Tariffs and/or Conventions will always take precedence over our General Conditions of Carriage.

## 2.4 Governing Law

Except as otherwise provided by applicable international Conventions or international or national laws and regulations that are compulsory, your contract of carriage, our General Conditions of Carriage, Tariffs and Rules shall be governed by the laws of Norway.

# Article 3: Tickets

## 3.1 General

The Ticket constitutes proof that a contract has been concluded between us and the passenger whose name is stated on the Ticket. If a Ticket has not been issued, the Booking and corresponding payment emanating from a document issued by the Carrier or its Authorised Agent, will

constitute proof that a contract has been concluded. In these circumstances, the General Conditions of Carriage will apply.

## 3.2 Your right to carriage

**3.2.1** You will only be accepted for carriage on our flights if you have been issued a Ticket or your Booking has been accepted pursuant to the conditions specified in Article 6.

**3.2.2** We will only provide carriage to the person whose name is stated on the Ticket. You must present valid identification identical to the name on the Ticket on demand in accordance with the rules specified in Article 15. If you cannot present valid identification or the necessary travel documents, e.g. passport or visa, on demand, we reserve the right to refuse you carriage.

## 3.3 Transferability

**3.3.1** Unless you are permitted to do so according to the applicable Fare Rules, you may not transfer the Booking. The passenger name, route and destination can be changed on a Ticket in return for the applicable charges and any difference in Fare.

**3.3.2** If a Ticket is presented by a person other than the person whose name is stated on the Ticket or Booking, and we unknowingly undertake the carriage of such a person, we may not be held liable in relation to the passenger whose name is stated on the Ticket or Booking.

## 3.4 Non-issue of Ticket

If we choose not to issue a Ticket, the General Conditions of Carriage will apply to the passenger whose name is stated on the Booking.

## 3.5 Validity

**3.5.1** A Ticket or Booking is only valid if it corresponds with a confirmation issued, as described in clause 6.1.

**3.5.2** The Ticket or Booking is valid for the date of travel specified on the Ticket or Booking and cannot be extended unless the Booking is changed in accordance with the applicable Fare Rules.

## 3.6 Our name and address

Our name may be abbreviated to Airline Designator Code on the Ticket. The address for our head office is PO Box 115, 1330 Fornebu, Norway. Please also see our Website for more of how to contact us.

General Conditions of Carriage | Norwegian

# Article 4: Voluntary Disembarkations

## 4.1 General

We may permit you to disembark from the aircraft at Agreed Stopping Places, if local authorities and our General Conditions of Carriage so permit.

# Article 5: Fares, Taxes and Charges

## 5.1 Fares

**5.1.1** The Fare will only apply to carriage between the place of departure and the final destination, unless specifically stated to otherwise. Fares do not include ground transport between airports or between airports and ground terminals. Fares are calculated according to the available Fares on the day the Booking is confirmed for a journey on a particular day and according to a particular Itinerary. Changes to itineraries or travel dates may result in changes to Fares.

**5.1.2** All additional charges for Optional Services will be specified in separate transactions.

## 5.2 Valid Fares

The valid Fares are those that apply at the time a Booking is made. Fares may vary due to the number of seats still available in any given Fare category, and we do not guarantee that Fares will be available in all categories. All Fares are subject to availability.

## 5.3 Taxes and charges

The applicable taxes and charges imposed by government authorities or airport authorities must be paid by you.

## 5.4 Currency

Fares and taxes must be paid in the currency stated by us at the time the Booking is made.

## 5.5 Value added tax (VAT)

All Fares and charges for Optional Services for domestic flights include local VAT rates.

## 5.6 Service charge and credit card surcharge

**5.6.1** A service charge will apply to all Bookings made via our Contact Centre or at the ........ We may waive the service charge in instances where we do not allow you to perform suc....

requests via our Website.

**5.6.2** Where permitted by law, a surcharge may apply to Bookings made with a credit card. This will be specified at the time of Booking. This charge covers the extra cost associated with credit card payments. Under certain circumstances you may be subject to additional fees imposed by your card issuer. Any query relating to such fees must be directed to the card issuer.

# Article 6: Bookings and Fare Rules

## 6.1 Confirmation of Booking

Bookings are confirmed and will be regarded as having been confirmed once the Booking Reference is made available. At the completion of a Booking, the Itinerary and Booking Reference will be provided.

## 6.2 Personal data

**6.2.1** An email address and mobile phone number must be provided at the time of Booking. This information must be correct as it is our only means of contact with you.

**6.2.2** You hereby accept that the personal data we have received has been provided for the purposes of making a Booking, buying a Ticket, providing ancillary services such as hotel bookings and car rental, facilitating special arrangements and facilities for disabled passengers and other passengers with special wishes/requirements, ordering special meals, simplifying routines in relation to immigration and arrival procedures, and supplying such data to government authorities in connection with the flight. For these purposes you accept that we may retain and use such data and that we may transfer these to our own offices, Authorised Agents, government authorities, other carriers and others who provide such services. Your personal data will not be used for marketing purposes unless you have consented to this in advance.

## 6.3 Fare Rules

**6.3.1** We have a system of Fare Rules that determine flexibility, and the Optional Services that are included in the Fare. These Fare Rules are fixed and specified at the time of Booking and are available on our Website, from us, or one of our Authorised Agents.

**6.3.2** Bookings can be changed in accordance with the Fare Rules of the active Booking applicable charges for the change must be paid at the time the change is made. The c and

applicable Fare Rules of the new Booking are accepted once payment is made. A refund will not be provided even if the new Fare is less than the original Fare.

**6.3.3** Bookings must be cancelled in accordance with the applicable Fare Rules. The Fare Rules will determine whether or not the fare is refundable. Refunds will be provided in accordance with Article 12.

### 6.4 Seat reservation

**6.4.1** When you book a flight, you have the option to reserve a preferred seat. Depending on the applicable Fare Rules, a seat reservation may be considered an Optional Service and the applicable charge will apply. The current Rules and charges for seat reservations are available from us, on our Website or from our Authorised Agents. Such Rules and charges may change.

**6.4.2** Paid seat reservation requests are not guaranteed and may be changed due to operational, safety or security reasons (even after boarding the aircraft). Charges for seat reservation are non-refundable unless an alternative suitable seat cannot be allocated. If you do not make a seat reservation, we will assign you a seat on the day of departure. We cannot guarantee a specific seat on the aircraft, and you must accept the seat assigned to you in accordance to the class of service booked and the fare paid.

## Article 7: Special discounts for residents and large families

### 7.1 Discounts for residents

**7.1.1** Entitlement to discounts on the price of scheduled air transport extends to Spanish citizens, citizens of any country of the European Union or countries which are part of the European Economic Area or Switzerland, as well as their family members who are third country nationals enjoying the right to permanent residency and citizens who are third country nationals enjoying long-term residency, who can prove their status as resident of the Canary Islands, the Balearic Islands, or the cities of Ceuta or Melilla.

**7.1.2** Passengers residing in Ceuta or Melilla, the Balearic Islands or the Canary Islands will be entitled to a 75% discount each way on fares for one-way or round-trip direct flights between these locations and the Spanish mainland or inter-island flights. A direct one-way flight is one which is taken from the airport at the point of origin on the islands, Ceuta or Melilla, to the final destination on the Spanish mainland, or vice versa. No intermediate stopovers longer than 12 hours will be permitted, except for those arising from technical needs or for reasons of

General Conditions of Carriage | Norwegian

majeure. Passengers with residence in Ceuta will benefit from the same discount on flights to or from the airports of Malaga, Jerez or Seville.

**7.1.3** The discount shall not apply to any chargeable items other than the ticket and checking in one piece of luggage of up to 20 kg, such as fees deriving from credit card payments, excess baggage, seat selection, or any other optional items.

**7.1.4** At the time of booking, the passenger must declare their resident status or that they pertain to a family entitled to this discount, which will be validated online by the Spanish Ministry of Development when the ticket is issued. Passengers whose resident status cannot be validated online must present the following documentation at the check-in desk in order to receive the resident discount:

**a)** Spanish nationals: valid certificate of residence and valid identity card.

**b)** Spanish nationals under 14 years of age: valid certificate of residence.

**c)** EU/EEA /Swiss nationals: valid certificate of residence and valid identity card issued by the country of origin or valid passport.

**d)** Family members of EU nationals: A valid certificate of residence along with the valid residence card indicating his/her status of existing EU family member.

**e)** Long-term non-EU residents: valid certificate of residence along with a valid residency permit proving their long-term resident status.

**7.1.5** Failure to do so may result in denied boarding, or the passenger will have to buy a new ticket at the applicable fare without the discount, and will not be entitled to a refund on the discounted ticket.

**7.1.6** Passengers wishing to change their tickets – providing the fare chosen permits such changes – should consider the following: changes will only be permitted within the same VAT area, and changes from a non-discounted flight to a discounted flight and v.v. will not be permitted.

**7.1.7** Changes to bookings where the resident's discount has been applied may only be made by contacting our Customer Service Center, and may incur additional charges.

General Conditions of Carriage | Norwegian

**7.1.8** Name changes will not be permitted.

**7.1.9** We reserve the right to deny boarding in the event that any deficiency is detected in the documentation provided or in the identity of the passenger.

**7.1.10** The resident discount is only applied when requested at the time of booking, and will not be honoured retroactively.

## 7.2 Discounts for large families

**7.2.1** Members of large families whose status as such is officially acknowledged will receive a five percent discount on fares for scheduled domestic air transport of passengers if the family is in the general category, and ten percent if it is in the special category. This is in accordance with the provisions of Order FOM 3837/2006, of 28 November, which implements Law 40/2003, of 18 November, regarding the protection of large families, and complementary legislation.

**7.2.2** Passengers seeking to access this discount on domestic flights must state this when making the reservation and present a national identity document and large family deed at the check-in desk to verify this status. Passengers must present valid documentation issued by their Autonomous Community or City. Failure to do so may result in denied boarding, or the passenger will have to buy a new ticket at the applicable fare without the discount, and will not be entitled to a refund on the discounted ticket

**7.2.3** The large family discount is only applied when requested at the time of booking, and will not be honored retroactively.

**7.2.4** Changes to bookings where the large families' discount has been applied may only be done by contacting our Customer Service Center, and may incur additional charges.

**7.2.5** Name changes will not be permitted.

**7.2.6** Members of large families who also seek to benefit from the resident's discount must also state this at the time of booking in accordance with the aforementioned provisions.

# Article 8: Check-in and Boarding

## 8.1 Check-in deadlines



General Conditions of Carriage | Norwegian

We reserve the right to cancel your Booking if you do not comply with the stipulated deadlines and requirements for check-in pursuant to Article 15 and other applicable regulations. Check-in deadlines may be found on our Website and are available by contacting us, or our Authorised Agents. We are not liable for any Damages you incur due to the failure to comply with the provisions of this clause.

## 8.2 Boarding deadlines

If you do not present yourself at our boarding gate by the deadlines stipulated, your Booking will be cancelled. The flight will under no circumstances be held, and you will be denied boarding at your own expense. Boarding deadlines may be found on our Website and are available by contacting us, or our Authorised Agents. We are not liable for any Damages you incur due to your failure to comply with the provisions of this clause.

## 8.3 Failure to meet check-in and boarding deadlines

If you fail to meet check-in and boarding deadlines and other requirements pursuant to Article 15, we will not be liable to you for any loss or expense you suffer. Non-refundable tickets will be forfeited. You may be entitled to a refund of taxes/charges pursuant to clause 12.5.

# Article 9: Refusal and Limitation of Carriage

## 9.1 Right to refuse carriage

**9.1.1** We may, by exercise of reasonable discretion, refuse to carry you and your Baggage, providing we have informed you in writing that we, following such notice, will refuse to carry you on our flights, subject to denied boarding compensation rules set forth in the applicable laws. This section does not give you any additional contractual rights.

**9.1.2** We may also refuse to carry you or your Baggage if one or more of the following has occurred or we have reason to believe it may occur:

**a)** Such measures are necessary to comply with given laws, regulations or other provisions issued by government authorities;

**b)** The carriage of you or your baggage may endanger the safety and health of other passengers and/or the crew;

**c)** You are under the influence of alcohol or narcotics;



**d)** You have interfered with flight crew members or cabin crew in the performance of their duties (as set forth in 49 U.S.C. 46504) during previous flights and we have reason to believe that such reprehensible behaviour may be repeated;

**e)** Your behaviour is disruptive to other passengers or crew;

**f)** You have refused to submit to a security check;

**g)** You have not paid the applicable Fare, taxes or other charges;

**h)** It appears that you lack valid travel documents, or intend to destroy these during the flight, or you refuse to present travel documents to the crew on demand;

**i)** You present a Ticket or Booking which has been obtained unlawfully or has been purchased from a source other than us or our Authorised Agents, or which has been reported lost or stolen, is a forgery, or the passenger cannot prove his or her identity in relation to the name on the Ticket or Booking;

**j)** You refuse to follow our safety instructions;

**k)** You have previously committed one of the acts or omissions described above.

**9.1.3** If you are refused carriage due to one or more of the circumstances described in clauses 9.1.2 (a)-(k) above, a written warning is not required, and we will cancel the Booking with no liability to refund the Ticket or for other expenses.

## 9.2 Unaccompanied minors, pregnant passengers and passengers with special needs

**9.2.1** The carriage of unaccompanied minors, pregnant passengers or passengers with special needs may be accepted on the condition that approval has been received from us. The carriage of such passengers will take place in accordance with the applicable guidelines for such carriage specified at the time of Booking. These Rules may be found on our Website or by contacting us, or our Authorised Agents.

**9.2.2** We may refuse to carry unaccompanied minors if we are unable to guarantee that the child will reach the place of destination at the stipulated time at the time of departure.

# Article 10: Baggage

## 10.1 Objects that cannot be accepted as Baggage

**10.1.1** You may not place the following in you Baggage:

**a)** Objects that are not baggage as defined in Article 1,

**b)** Objects that may cause damage to and/or endanger the aircraft, persons or goods on board the aircraft, such as for example the objects listed in the Safe Transport of Dangerous Goods Regulations of the International Civil Aviation Association (ICAO) or the International Air Transport Association (IATA);

**c)** Objects whose carriage is not permitted by law, regulations or provisions issued by any state from, to or through which the flight takes place;

**d)** Objects which in our opinion are unsuitable for carriage in that they are deemed a safety hazard, or unsuitable for carriage on account of weight, size, shape or other properties, or which are fragile or perishable;

**e)** Live animals, except as described in clause 10.8.

**10.1.2** Weapons and ammunition, including sporting and hunting weapons, are prohibited in the cabin. In general, no weapons and ammunition, other than sporting and hunting weapons, are acceptable as Checked Baggage as specified in clause 10.4. Weapons must in all cases be unloaded and made safe, and otherwise properly packed, and the bolt/forend must be sent separately from the rest of the weapon. The carriage of ammunition is subject to the regulations of the ICAO and IATA regarding dangerous goods.

**10.1.3** For flights that do not include a point of origin or destination in the United States, you must not place fragile objects, perishable or valuable objects, such as laptop computers, jewellery and precious stones, money, security documents, briefcases and attaché cases with alarms installed, medicines, medical certificates or identity documents in your Checked Baggage.

**10.1.4** For flights that do include a point of origin or destination in the United States, we recommend that you do not place fragile objects, perishable or valuable objects, such as laptop computers, jewellery and precious stones, money, security documents, briefcases and attaché cases with alarms installed, medicines, medical certificates or identity documents in your

General Conditions of Carriage | Norwegian

Checked Baggage since our liability for any loss, damage and delay to baggage is limited in accordance with that stated in Article 16.2.2. To avoid refusal of carriage, according to clause 10.2(c), all Baggage must be packed in suitable packaging in accordance with our Rules.

**10.1.5** It is forbidden to bring replicas of weapons, daggers, (flick) knives and other articles resembling offensive weapons as Hand Baggage, but these may be accepted as Checked Baggage.

**10.1.6** For flights that do not include a point of origin or destination in the United States, if objects described in Article 10.1 are nonetheless included in your baggage despite the fact that this is prohibited, we will not be liable for the loss of, or damage to these objects.

## 10.2 Right to refuse carriage of Baggage

We reserve the right to refuse to carry your Baggage, or refuse onward carriage of your Baggage (after check-in) if one of the following problems is identified:

**a)** Objects described in clause 10.1 are discovered in your Baggage;

**b)** The Baggage is of such a size, shape, weight, content or other properties that they are unsuitable for carriage on board an aircraft;

**c)** The Baggage is not packed properly in suitable packaging, such that normal conditions we can guarantee that it will arrive undamaged.

## 10.3 Right to inspect

**10.3.1** We may, for security or safety reasons, either request permission to inspect your Baggage, or contact the airport authorities to conduct a body search.

**10.3.2** If you cannot be present during the inspection of your Baggage, we may, for security or safety reasons, inspect the Baggage ourselves in order to satisfy that you have not brought any of the objects described in clause 10.1 that have not been approved by us pursuant to clause 10.1. Should you refuse to comply with such a request, we may refuse to carry you and your Baggage.

## 10.4 Checked Baggage

**10.4.1** When the Baggage has been presented to us for check-in, we will take charge of the Baggage and issue a Baggage Identification Tag for each piece of Baggage.

**10.4.2** When you present Baggage for check-in, you are obliged to:

**a)** Attach a label that includes as a minimum your name and address; and

**b)** Pack all Baggage in suitable packaging, as stated in the Rules published on our Website, to avoid refusal of carriage according to clause 10.2(c).

**10.4.3** Baggage accepted for check-in will be carried on the same aircraft as you.

Exception: If parts or all the Baggage that you want to check-in cannot be accepted due to the aircraft's cargo capacity or due to operational or meteorological reasons, we may decide transport the Baggage afterwards on one of our flights, or on a flight with a different carrier.

**10.4.4** The allowances for Checked Baggage will depend on the applicable Fare Rules, and type of Checked Baggage as follows:

**a)** If Checked Baggage is not included in the Fare in accordance with the applicable Fare Rules, Checked Baggage will be accepted upon payment of the applicable charge. Sporting equipment and musical instruments are considered Optional Services and will be accepted upon payment of the applicable charge. The current Rules regarding size, weight and piece limits and charges for Checked Baggage, including sporting equipment and musical instruments may be obtained on demand from us, our Website or from one of our Authorised Agents. Such Rules and charges and may change.

**b)** Equipment for children/infants (e.g. stroller, car seat etc.) may be accepted over the standard Checked Baggage limits in accordance with our Rules. The current Rules regarding the acceptance of such equipment may be obtained on demand from us, our Website or from one of our Authorised Agents.

**c)** Checked Baggage limits and charges shall not apply to passengers' mobility aids, and medical equipment. Rules regarding the carriage of mobility aids and medical equipment may be obtained on demand from us, our Website or from one of our Authorised Agents.

## 10.5 Excess Baggage

If a piece of Checked Baggage exceeds the allowable weight limit, or if the passenger exceeds the allowable piece limit, excess Baggage charges will apply. Weight limits and excess Baggage charges may be obtained on demand from us, from our Website or from one of our Authorised Agents. Such Rules and charges may change.

## 10.6 Hand Baggage

**10.6.1** Baggage that is taken on board as Hand Baggage must be of a size and/or weight that means it can be stowed in a closed baggage locker in the cabin, or under the seat in front of you. The item must not exceed the size and weight, and piece limit applicable to the Fare Rules, and itinerary. Such Rules may be obtained on demand from us, our Website or from one of our Authorised Agents.   Objects that exceed the permitted limits or items that we consider will not fit in the cabin must be sent as Checked Baggage. Before this is done, you will be given an opportunity to remove the objects described in clause 10.1, third paragraph. You may be subject to the applicable baggage charges if the item exceeds the allowable limits.

**10.6.2** Objects that cannot be carried in the aircraft's cargo may be accepted in the cabin to the extent permitted by applicable laws and our Rules.

**10.6.3** Mobility aids shall be stowed in the cabin to the extent feasible and permitted applicable law. Mobility aids that cannot be stowed in the cabin may be stowed in the cargo hold. In either case, mobility aid shall be given priority stowage in either the aircraft's cabin or cargo hold, as applicable.

## 10.7 Retrieval of Baggage

**10.7.1** You must retrieve your Checked Baggage as soon as it is available at your final destination or stopping place. If you do not retrieve your Baggage within a reasonable time, we may impose a storage fee. If you have not retrieved your Baggage within three (3) months after it was made available, the Baggage will be removed and we will have no liability for any loss you suffer as a result.

**10.7.2** When travelling on a Connecting Flight, in accordance with local customs clearance conditions, you may be required to collect your Checked Baggage at your transit destination and submit it again for check-in on the next flight, even if the Baggage Check is states that the Checked Baggage will be transported to your final destination. You are responsible for adhering to the applicable customs clearance conditions for the country you are transiting through.

**10.7.3** Only the person who can show a Baggage Check and Baggage Identification Tag is entitled to retrieve Checked Baggage.

**10.7.4** Should a person demanding the retrieval of Baggage be unable to show a Baggage Check or identify the Baggage by a Baggage Identification Tag, we may refuse to surrender the Baggage to said person unless he or she can satisfactorily prove ownership of the Baggage.

**10.7.5** You must remove all Hand Baggage from the aircraft upon disembarking. We are not liable for any loss suffered by you if you have failed to remove all Hand Baggage from the aircraft upon disembarkation.

## 10.8 Animals

**10.8.1** We will accept live animals (dogs and cats) for carriage in the cabin and cargo hold to/from selected destinations upon payment of the relevant charges and in accordance with the applicable Rules regarding booking and check-in and transport requirements. Animals must be transported in a kennel according to our Rules and be accompanied by valid health and vaccination certificates, import permits and any other documents required by the destination or transit state. Specific information regarding our Rules and charges for the transport of animals may be obtained by contacting us, from our Website, or from one of our Authorised Agents. Such Rules and charges and may change. Service dogs will be accepted for carriage free of charge in accordance with clause 10.8.2.

**10.8.2** Service dogs accompanying passengers with special needs, shall be permitted in the cabin of the aircraft to the extent permitted by applicable law, provided, however, that you shall remain solely responsible for obtaining all certificates, import permits and other documents required by the destination country. Specific information regarding the Rules for travelling with service dogs, emotional support dogs and police and rescue dogs, may be obtained by us, from our Website, or from one of our Authorised Agents.

**10.8.3** We are not responsible for verifying that an animal has the necessary documentation, including vaccination documents prior to travel through, to or from any country. We shall not have any liability for fines, costs or losses incurred in connection with an animal being refused entry into a country.

# Article 11: Schedules and Flight Irregularities

## 11.1. Schedules

**11.1.1** We will do our utmost to adhere to the published schedule for the day of carriage. Times indicated in schedules or elsewhere are not guaranteed and may change between when the schedule is published and the date you wish to travel. We reserve the right to make schedule changes.

**11.1.2** Before we accept your Booking, we or our Authorised Agent will inform you of t scheduled departure time for your flight and it will be displayed on your Ticket or Itinerary. We

reserve the right to change the departure time of your flight after the Booking is made. If you provide contact information to us or our Authorised Agent, we will do our best to inform you of such changes. For flights to or from the United States, we will notify you in accordance with our Customer Service Plan.

**11.1.3** If after you have made your Booking we significantly change the departure time for your flight, to a time that is unacceptable for you, and we are unable to obtain a seat on an alternative flight that is acceptable for you, we will provide a refund in accordance with Article 12.

## 11.2 Cancellations and delays

**11.2.1** We will take all reasonable measures to carry you and your Baggage in the most expedient manner. Due to operational reasons, we may arrange for a flight to be operated on our behalf by an alternative carrier or with alternative means of transport.

**11.2.2** If at any time after the Booking has been made, your flight is cancelled, re-routed or delayed, we will provide assistance in accordance with the applicable laws. This section does not give you any additional contractual rights.

**11.2.3** One of the following remedies will be available to you in the event that your flight is cancelled, re-routed or delayed by four hours or more for flights from Brazil, and five hours or more for all other flights:

**a)** We will take all reasonable measures to carry you to your final destination under comparable transport conditions at the earliest opportunity.

**b)** We will provide re-routing to your final destination at a later date at your convenience under comparable transport conditions, subject to availability of seats.

**c)** In the case of re-routing to airports other than those in your Itinerary, we will, at our own expense, ensure that you are carried to the agreed destination.

**d)** If you do not accept the alternative options, we will provide a refund in accordance with Article 12.

**11.2.4** Should some of the circumstances mentioned in 11.2.3 a), b), c) and d) occur, except as provided by applicable law, the remedies in Article 10 will be the only remedies available to you

and we will accept no further liability to you. Liability will be limited in accordance with clause 16.4.

## 11.3 Overbooking

**11.3.1** We will provide compensation for involuntary denied boarding pursuant to the denied boarding according to the applicable laws. This section does not give you any additional contractual rights.

**11.3.2** Compensation for voluntary denied boarding will be paid pursuant to the conditions agreed between the affected passengers and the carrying Carrier, according to the applicable laws. Information regarding your rights in the event of an overbooking, or any of the circumstances specified in Article 11, can be obtained from our Website and is available from us on demand. This section does not give you any additional contractual rights.

## 11.4 Connecting Flights

We assume no liability for onward connections, unless you have purchased a Connecting Flight within our route network, or we are liable for the cancellation or delay. In the event that we are liable for the missed connection, we will provide assistance in accordance with clause 11.2.

# Article 12: Refunds

## 12.1 General

**12.1.1** If we do not succeed in carrying you, we will refund the Ticket pursuant to this Article.

**12.1.2** All claims for refunds must be submitted via the refund form on our Website or by post to our head office.

**12.1.3** A Ticket, including Carrier Imposed Surcharges is only refundable if it corresponds with a confirmed Booking which we have received payment for, and you have a Ticket that, pursuant to the Fare Rules, is deemed refundable.

## 12.2 Recipient of refund

**12.2.1** All refunds will be made by crediting the debit or credit card registered as the means of payment for the Booking. Cash payments will be reimbursed to a nominated bank account.

**12.2.2** If a Ticket has been paid by someone other than the passenger named on the T     e will only refund sums to the person who paid for the Ticket, or in accordance with authorisation

from said person.

**12.2.3** A refund made to a person who can show an unused Ticket or has an unused Booking, or who presents himself or herself as the person entitled to a refund pursuant to clauses 12.2.1 and 12.2.2 will be deemed to be a full and complete refund and we will be without liability in relation to further refund claims.

## 12.3 Refunds due to cancellations

If we cancel a flight, the sum to be refunded will be as follows:

**a)** If no part of the Ticket has been used, a sum equivalent to the total Fare, including specific charges for Optional Services such as Baggage and seat reservation for which you have paid in addition to the Fare, will be refunded.

**b)** If part of the Ticket has been used, a sum corresponding to the unused part of the journey will be refunded.

## 12.4 Refunds

If you are entitled to a refund for reasons other than those stated in clause 12.3, the sum to be refunded will be as follows:

**a)** If no part of the Ticket has been used, a sum equivalent to the total Fare will be refunded, less the applicable service charges and cancellation fees.

**b)** If part of the Ticket has been used, a sum corresponding to the difference between the Fare and the applicable Fare for travel between the airports where the Ticket has been used will be refunded, less the applicable service charges and cancellation fees.

## 12.5 Refunds of taxes/charges

If according to the Fare Rules your Booking is non-refundable, the Carrier Imposed Surcharges will also be non-refundable. You can however, apply for a refund of government taxes and charges for unused Bookings.

## 12.6 Right to refuse a refund

If the Ticket has expired, we may refuse to refund the Ticket, with the exception of taxes and charges, which will be refunded.

## 12.7 Currency

We reserve the right to refund sums in the same currency used to purchase the Ticket.

## 12.8 Refund authorisation

Only we, or our Authorised Agents are authorised to issue refunds.

# Article 13: Conduct on board

## 13.1 General

If you conduct yourself on board the aircraft in a manner that endangers the safety of those on board, or in a way that is disruptive to other passengers or the crew, or is suspected of intending to damage the aircraft or its fittings, or prevents the aircrew discharging their duties, or refuses to obey instructions from aircrew, including but not limited to instructions regarding smoking and the consumption of alcohol or narcotics, or interferes with flight crew members or cabin crew in the performance of their duties, we may take whatever precautions we consider necessary to prevent the continuation of such behaviour. This includes the use of force. You may be put off the aircraft, refused onward carriage from any airport, and may be prosecuted for criminal acts committed on board.

## 13.2 Use of electronic equipment

**13.2.1** You are prohibited from using electronic equipment containing transmitters or receivers on board the aircraft. Such equipment includes, but is not limited to, mobile (cellular) telephones, portable cassette recorders, transistor radios, CD players, electronic games and radio-controlled toys. Exceptions will apply to electronic equipment with flight mode. Flight mode must be activated prior to departure.

**13.2.2** The use of electronic equipment not containing transmitters or receivers is prohibited while the "Fasten Seat Belts" sign is illuminated. Such equipment includes, but is not limited to, laptop computers, cassette players and video cameras. The use of hearing aids, cardiac pacemakers and any other such medical equipment is permitted during the entire flight.

# Article 14: Agreements for Other Services

## 14.1 General

If we make arrangements with a third party to provide you with any services other than carriage by air, or if we issue a ticket or voucher for services (other than carriage by air) provided by a

third party, such as hotel reservations or car rental, in doing so we act only as your agent for such services. The terms and conditions of the third party service provider will apply. We shall have no liability for such services, except for negligence on our part in making the arrangements.

# Article 15: Administrative Formalities

### 15.1 General

You are responsible for obtaining all the necessary travel documents, including visas, and for complying with all laws, regulations and other provisions of government authorities related to travel in the countries you are flying from and to, and through which they will transit. We will not be liable for any consequences you may incur due to your failure to obtain such necessary documents or failure to obey such laws, regulations, requirements or orders.

### 15.2 Travel documents

Prior to carriage commencing, you must be able to present all exit, entry and other documents required pursuant to laws, regulations and provisions laid down by government authorities in the affected countries, and must permit us to take and retain copies of such documents. We reserve the right to refuse carriage if you have not complied with applicable regulations, or your travel documents do not appear to be in order.

### 15.3 Refusal of entry

If you are refused entry to a country, you will be liable for any fines or charges imposed on us by the relevant authority. You will also be liable for payment for your carriage out of the country concerned, and we will not refund the Fare for the journey to the place where entry was refused.

### 15.4 Your liability for fines and charges

If we must pay a fine or we incur any costs due to your failure to comply with laws, regulations or other conditions related to your journey in the countries concerned, or you fail to obtain the necessary documents, you must, on demand, reimburse us for any sum paid or expense incurred.

### 15.5 Customs inspection

If required, you must be present during inspection of your Baggage by customs or other government officials. We will not be liable for Damage caused by such an inspection or failure to be present.

## 15.6 Security screening

You must allow us, government officials, airport officials or other carriers to perform a security screening of you and your baggage.

# Article 16: Liability for Damage

## 16.1 General

**16.1.1** We will only be liable for Damage that occurs on our own routes operated by us. In those cases where our name is on the Ticket as a chartering company, but another carrier is performing the actual flight, you can choose which carrier to hold liable.

**16.1.2** Our liability may, pursuant to the applicable Conventions, be reduced or lapse in the event of any negligence on your behalf that caused or contributed to the Damage.

**16.1.3** We are not liable for Damage arising from your failure to comply with applicable laws or government rules and Conventions.

**16.1.4** Our liability is limited to documented financial losses, and we will under no circumstances be liable for consequential losses, except as required by applicable laws or Conventions.

**16.1.5** We assume no liability for any unforeseen medical emergency that occurs on board an aircraft. Should we incur costs due to a necessary stop to transport you to a hospital, we reserve the right to hold you liable for the reimbursement of all the costs and expenses we may have incurred in connection with this.

**16.1.6** The limitations regarding our liability apply to our servants, agents, employees and representatives to the same extent as they apply to us. The total sum that can be demanded from us and from such servants, agents, employees and representatives may not exceed the total liability, if we have such liability.

**16.1.7** We reserve all rights against any potential loss or Damage, direct or indirect, that may arise as a result of erroneous information published on our Website.

**16.1.8** Unless expressly stated, none of what is contained in these General Conditions of Carriage shall be construed to mean that we waive any exception or limitation in our liability pursuant to applicable laws, Conventions or agreements.

General Conditions of Carriage | Norwegian

## 16.2 Liability for Damage to Baggage

**16.2.1** We assume no liability for Damage caused to Hand Baggage, unless we or our servants or agents are at fault.

**16.2.2** Our liability for loss or Damage to Baggage will conform to the limitations pursuant to current national or international Conventions and rules. Our liability for such Damage or loss is limited to 1,288 SDRs per passenger, excluding domestic flights within Argentina, where liability is determined by local Aviation code. In the case of Hand Baggage, we are only liable if at fault.

**16.2.3** For all flights, excluding domestic flights within Argentina, you may benefit from a higher liability limit by making a special declaration of interest, and by paying a supplementary charge (800 NOK). This declaration and request must be made at the latest at check-in. In this case we will increase our maximum liability to 2,576 SDR per passenger. The item must be packed in accordance our Rules stated on our Website. We reserve the right to:

**a)** Inspect the Checked Baggage to confirm that the articles declared as being of value are present in the quantity and condition indicated;

**b)** Cap the level of declaration which may be made; and

**c)** Restrict the items in respect of which a declaration may be made.

**16.2.4** The foregoing limitations will not apply if it is proven that the Damage resulted from intentional or reckless conduct on our part or on the part of our servants or agents and with knowledge that Damage would probably result from it; provided that, in the case of such act or omission of a servant or agent, it is also proved that such servant or agent was acting within the scope of their employment.

**16.2.5** For any flight from one point in the US to another point in the US, notwithstanding the foregoing, our liability for lost, damaged or destroyed mobility aids, such as wheelchairs, shall be limited to the original purchase price of such mobility aid.

**16.2.6** We will not be liable for any Damage your Baggage may cause us. You will be personally liable for any Damage we incur caused by you or your Baggage and you must cover all losses we incur as a result.

**16.2.7** For flights that do not include a point of origin or destination in the United States, we bear no liability for Damage caused by objects which we are prohibited to carry in Checked Baggage (see clause 10.1). This includes fragile and perishable objects, valuable objects (such as laptop computers, jewellery and precious stones, money, security documents, briefcases and attaché cases with alarms installed, medicines, medical certificates or identity documents), regardless of whether this Baggage is checked or taken as Hand Baggage.

**16.2.8** Under no circumstances will we be liable for cosmetic and/or surface Damage suffered by Baggage during carriage and which is caused by normal wear and impacts (wear and tear).

### 16.3 Liability for personal injury and death

**16.3.1** We will be liable for personal injury and death pursuant to the current Conventions, provided that the personal injury or death takes place on a flight operated by us.

**16.3.2** The following conditions specified in this clause, apply to all carriage with us, irrespective of whether the carriage is subject to national or international law:

**a)** We shall be liable if you suffer bodily injury or damage to your health or death, provided that the event that caused the Damage occurred on board the aircraft, or in connection with your boarding or disembarkation. The liability for Damages will not be subject to any financial limitation, whether laid down by law, convention or agreement;

**b)** Regardless of the provisions of 16.3.2(a), we may, wholly or partially, be relieved of liability for Damages pursuant to the applicable Conventions if we can prove that you contributed to the injury or death through negligence.

**c)** If an accident occurs, we will immediately, and under no circumstances later than fifteen (15) Days, after the identity of the person who is entitled to compensation has been established, pay an advance, which will be proportional the injury sustained, to cover immediate needs. In the case of death, this advance will not be less than 16,000 SDRs expressed in EUR per passenger.

**d)** Payment of an advance as described in clause 16.3.2(c):

**i.** is not an admission of liability;

**ii.** may be deducted from any sum that is subsequently paid on the basis of our liabil~~ity~~

**iii.** need only be repaid in those cases described in 16.3.2(b), or if it is subsequently proven that the person who received the advance caused or contributed to the injury through negligence, or is not the person entitled to the compensation.

**e)** Our liability for injury or death is not subject to any financial limitations. Liability for Damages of up to 128,821 SDRs for injury or death may not be contested on our part. If the sum is higher, we can contest the claim by proving that the Damages suffered were not due to the negligence or other wrongful act or omission of us or our servants or agents or that such Damages were solely due to the negligence or other wrongful act or omission of a third party.

**f)** We confirm that we carry liability insurance that covers at least 128,821 SDRs per passenger and not less than the minimum sum stipulated in applicable laws, Conventions or agreements.

### 16.4 Liability for delays

**16.4.1** We are liable for Damage occasioned by delay in the carriage by air of passengers, Baggage or cargo. Nevertheless, we shall not be liable for Damage occasioned by delay if we prove that we and our servants and agents took all measures reasonably be required to avoid the Damage, or that it was impossible for it or them to take such measures, cf. Article 19 of the Montreal Convention 1999.

**16.4.2** In the case of losses due to the delayed carriage of persons, liability is limited to 5,346 SDRs.

**16.4.3** In the case of losses due to the delayed carriage of Checked Baggage, liability is limited to 1,288 SDRs.

## Article 17: EU261 Compensation Claims

**17.1** This Article applies to claims for compensation under EU Regulation 261/2004.

**17.2** Passengers must submit claims directly to Norwegian and allow Norwegian 28 days or such time as prescribed by applicable law (whichever is the lesser) to respond directly to them before engaging third parties to claim on their behalf. Claims may be submitted at here.

**17.3** Norwegian will not process claims submitted by a third party if the passenger concerned has not submitted the claim directly to Norwegian and allowed Norwegian time to respond in accordance with Article 17.2 above.

**17.4** Articles 17.2 and 17.3 above will not apply to passengers who do not have the capacity to submit claims themselves. The legal guardian of a passenger who lacks capacity may submit a claim to Norwegian on their behalf. Norwegian may request evidence that the legal guardian has authority to submit a claim on the passenger's behalf.

**17.5** A passenger may submit a claim to Norwegian on behalf of other passengers on the same booking. Norwegian may request evidence that the passenger has the consent of other passengers on the booking to submit a claim on their behalf.

**17.6** In any event, save for Article 17.4 and 17.5 above, Norwegian will not process claims submitted by a third party unless the claim is accompanied by appropriate documentation duly evidencing the authority of the third party to act on behalf of the passenger.

**17.7** Passengers are not prohibited by this clause from consulting legal or other third party advisers before submitting their claim directly to Norwegian.

**17.8** In accordance with Norwegian's procedures, any payment or refund will be made to the payment card used to make the booking or to the bank account of a passenger on the booking. Norwegian may request evidence that the bank account is held by the passenger concerned.

# Article 18: Complaints, Claims and Legal Proceedings

## 18.1 Deadlines for Baggage claims

**18.1.1** If you discover damage to Checked Baggage at your destination, you must immediately notify our representatives of this and complete the damaged baggage form.

**18.1.2** If the holder of the Baggage Check retrieves the corresponding Checked Baggage without making a complaint, this will be adequate proof that the Checked Baggage was delivered in good condition and in accordance with the General Conditions of Carriage. Conflicting claims must be proven true.

**18.1.3** If you wish to make a claim for Damage to Checked Baggage, you must notify us as soon as possible after discovery of the Damage, and no later than seven (7) Days after the receipt of the Baggage for all flights excluding domestic flights within Argentina. For domestic flights within Argentina, you must notify us as soon as possible after discovery of the Damage, and no later than three (3) Days after the receipt of the Baggage.

**18.1.4** If you wish to claim for delayed Baggage, you must make your claim no later than twenty one (21) Days after the Baggage was made available for all flights excluding domestic flights within Argentina. For domestic flights within Argentina, you must make your claim no later than ten (10) Days after the Baggage was made available. In addition to your claim, the original Property Irregularity Report must be provided as attached documentation. In addition to your claim, the original Property Irregularity Report must be provided as attached documentation. Please note that you will need to follow our claims process and requirements, and that completing a Property Irregularity Report at the airport is not considered submitting a claim and will not fill the requirements to comply with the time limit for claims, as stated in Article 31 of the Montreal Convention 1999.

**18.1.5** Baggage claims must be submitted to the Norwegian Baggage Department in accordance with the guidelines provided on our Website. This information can also be obtained from us.

## 18.2 Customer complaints and claims

If you wish to submit a complaint or claim, you can contact us online: [www.norwegian.com/claims](www.norwegian.com/claims).

## 18.3 Escalated Complaints and Claims

**18.3.1** If, after we have provided a final response, you are still unhappy with the outcome of your complaint or claim, you can escalate your complaint or claim to the National Enforcement Body in the country where your flight took place .

**18.3.2** We are required to inform that an Online Dispute Resolution (ODR) platform has been set up by the European Commission providing access to alternative dispute resolution ([http://ec.europa.eu/consumers/odr/](http://ec.europa.eu/consumers/odr/)). We are currently not subscribed to the ODR platform and any complaints or claims submitted here will not reach us.

## Article 19: Termination

### 19.1 General

If you do not comply with the General Conditions of Carriage or our Rules, your contract will be terminated with immediate effect without warning or written notice from us, or right to refund.

## Article 20: Authorisation



## 20.1 General

No agent, employee of or representative for Norwegian is authorised to waive requirements stated in the General Conditions of Carriage.

---

### Plan and book your flight

Why Norwegian?

Where do we fly

Route map

Low fare calendar

Youth ticket

Seat reservation

### Prepare for your flight

Baggage allowance and charges

Our ticket types

Passport, visa and ID

Special assistance

Travelling with children

Travelling with pets

### Norwegian Reward

About Norwegian Reward

Become a member

Norwegian Reward World Mastercard®

Reward Blog – travel inspiration

### Manage your booking

Check-in online

Change your booking



Flight status

Get a receipt

## At the airport

Check-in deadlines

## On board

Our Premium Cabin

Food and drinks

WiFi

In-flight entertainment

## At your destination

Book a hotel

Hire a car

Airport Transfers

## Norwegian popular flights

Flights New York–London

Flights New York–Amsterdam

Direct flights from New York to Europe

Direct flights from Los Angeles to Europe

Flights to Italy

Flights to France

Flights to Spain

## Customer service

Help and contact

Coronavirus updates

Optional service charges

Changed baggage rules

## About Norwegian

About company



Jobs

Media

Investor relations

## Language

Choose your language

US (English)

**Go**

---

Facebook      Twitter      Instagram      YouTube

To the top

     

© 2020 Norwegian Air Shuttle ASA. Please note that this is a Norwegian retail site, hence Norwegian legislation and rules apply to any fees and/or charges.

Terms of Use | General Conditions of Carriage | Privacy Policy | Cookies | Accessibility Mode | Tarmac Delay Contingency Plan | Customer Service Plan

