| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 22 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHERISH DAVERSA-EVDYRIADIS, on behalf of herself and all others similarly situated,

        Plaintiff-Appellant,

 v.

NORWEGIAN AIR SHUTTLE ASA,

        Defendant-Appellee.

No.   20-56013

D.C. No. 5:20-cv-00767-JGB-SP
Central District of California, Riverside

ORDER

The parties' stipulated motion (Docket Entry No. 13) for voluntary dismissal is granted. This appeal is dismissed with prejudice. *See* Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court shall act as and for the mandate of this court.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT


                By: Linda K. King
                Deputy Clerk
                Ninth Circuit Rule 27-7

LK/Pro Mo